# EXHIBIT E

| US8680992B2 | Optum, Inc. ("The accused instrumentality") |
|---|---|
| 1. A method for providing feedback from a device, the method comprising: | The accused instrumentality practices a method for providing feedback from a device (e.g., providing a session report linked with feedback from a device (e.g., PC) enabled with the accused instrumentality). <br><br>  <br> https://www.optum.com/ <br><br> As shown below, the accused instrumentality uses Glassbox to detect and capture rage click sessions, trigger real time feedback and send session event report along with feedback from user's device. |

## Cookies and Tracking

The Company may use various technologies, including cookies, tokens, tags, web logs, web beacons, scripts, and web server logs to gather automatically collected information and may aggregate this information from visitors of our Online Services or to enable certain features of our Online Services. This information may include demographic data, technical information about the technology (e.g., phone, computer) you use to connect to the Online Services, web browser information, your IP address, and browsing behavior such as pages visited and how often they are visited (collectively, "Activity Information"). We may also use third-party analytics companies to provide these services.

We may also allow third parties to use cookies and other technologies to collect Activity Information and to track browsing activity over time and across third-party websites such as web browsers used to read our Online Services, which websites are referring traffic or linking to our Online Services, and to deliver targeted advertisements to you. We do not control https://www.optum.com/privacy-policy.html

Activity Information is captured using various technologies and may include cookies. "Cookies" are small text files that may be placed on your computer or mobile device when you visit an Online Service or click on a URL using your web browser. Cookies may include "single-session cookies" which generally record information during only a single visit to a website and then are erased, and "persistent" cookies which are generally stored on a computer or mobile device unless or until they are deleted or are set to expire. You may disable cookies and similar items by adjusting your browser preferences at any time; however, this may limit your ability to take advantage of all the features on our Online Services. In addition, you may also have additional means to manage the collection of Activity Information by:

- Managing the use of "flash" technologies, with the Flash management tools available at Adobe's website;
- Visiting the Adobe Digital Marketing Suite to "Opt-Out" of data aggregation and analysis;
- Clicking on the "Opt-Out" link at the bottom of the home web page, if applicable;
- Visiting Google to "Opt-Out" of display advertising or customize Google display network ads;
- Visiting Google to "Opt-Out" of sharing site visit information with Google Analytics; and
- Choosing the Glassbox "Opt-Out" link.

https://www.optum.com/privacy-policy.html



Source: Fiddler packet capture

Shown in the next two screenshots specifically, is traffic packets showing that the Optum website uses Glassbox to detect Mouse Events including Rage Clicks.



Source: Fiddler packet capture

Source: Fiddler packet capture

What's more, with Glassbox's session replay technology, you go from having a macro view of web traffic to the micro view — zooming in on any single customer, and seeing every step they took as they navigated your website or app. You don't simply receive a report of what actions were taken, but you can watch with your own eyes to see mouse movement, scrolling, zooming in, swipes, and other actions — even rage clicks. This can be especially useful when trying to identify errors or other problems on your site, as you can see exactly what the customer experienced, in order to pinpoint specific problems and analyze the root cause of any issues.

https://www.glassbox.com/blog/how-glassboxs-web-analytics-improve-adobe-analytics-and-adobe-target/

## experience analytics?



RUM is often part of an application performance monitoring (APM) solution, but Glassbox goes further to bring you session replay and advanced experience analytics for maximum speed and impact.

- Get real-time alerts to performance issues.
- Use session replay to quickly investigate real user experiences.
- Prioritize efforts based on business impact, such as revenue or abandonment.
- Increase your team's productivity by finding and fixing issues faster.

https://www.glassbox.com/real-user-monitoring/

## Improve issue resolution

By linking feedback to the specific replay of that session, CX analysts and support representatives can look at everything the user experienced leading up to the feedback (as well as during and even after) and identify the root cause of the complaint, question or praise. This allows your teams to resolve issues faster, better and in larger quantities.



https://www.glassbox.com/voice-of-customer/



https://www.glassbox.com/voice-of-customer/

https://www.glassbox.com/voice-of-customer/

| detecting a user frustration event; | The accused instrumentality practices a method of detecting a user frustration event (e.g., identifying rage clicks) |

As shown below, when user clicks repeatedly on a particular element or certain area of app or website, rage click is occurred which is detected/identified by accused instrumentality. The accused instrumentality auto-captures the session events of rage clicks in the form of session replay videos, journey maps, etc. and generates a real-time session event report which is linked with voice of customer feedback and further transmitted to the teams of organizations using the accused instrumentality to analyze and resolve the issues and improve their services.

## Insights on user interaction

- Track user behavior patterns on your website including clicks, scrolls, page views, and more.

https://www.glassbox.com/real-user-monitoring/

you can see every action taken on the journey across your site or app, and even get a "struggle score" to help you assess how much difficulty a user had before giving up. Glassbox's Augmented Journey Map™ even tracks things like rage clicks to help you understand just how frustrated customers get when they encounter errors.

https://www.glassbox.com/blog/learn-more-about-every-digital-journey-with-augmented-journey-map/

What's more, with Glassbox's session replay technology, you go from having a macro view of web traffic to the micro view — zooming in on any single customer, and seeing every step they took as they navigated your website or app. You don't simply receive a report of what actions were taken, but you can watch with your own eyes to see mouse movement, scrolling, zooming in, swipes, and other actions — even rage clicks. This can be especially useful when trying to identify errors or other problems on your site, as you can see exactly what the customer experienced, in order to pinpoint specific problems and analyze the root cause of any issues.

https://www.glassbox.com/blog/how-glassboxs-web-analytics-improve-adobe-analytics-and-adobe-target/



https://www.glassbox.com/travel/

| | |
|---|---|
| associating the user frustration event with a device event that includes an active operation of the device at a time when the user frustration event occurred; | The accused instrumentality practices a method of associating the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) with a device event (e.g., detecting and capturing sessions related to rage clicks) that includes an active operation of the device (e.g., active operation of the accused instrumentality) at a time when the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) occurred.<br><br>As shown below, when user clicks repeatedly on a particular element or certain area of app or website, rage click is occurred which is detected/identified by accused instrumentality. The accused instrumentality auto-captures the session events of rage clicks in the form of session replay videos, journey maps, etc. and generates a real-time session event report which is linked with voice of customer feedback and further transmitted to the teams of organizations using the accused instrumentality to analyze and resolve the issues and improve their services. |

# 100% tagless data capture

Never waste time tagging again

- Patented data collection technology means there's no need to tag to capture every part of every session.

- Capture and replay all journeys on all platforms—web, hybrid or native mobile apps.

- See every click, tap, scroll, zoom, tilt and swipe, alongside behind-the-scenes technical events.

https://www.glassbox.com/customer-journey-data-capture/

# Session replay

## Record and replay every web and mobile app session

- See your digital channels as your customers do—with video-like session replay.

- Cut tedious error reproductions immediate access to session replays alongside server performance data.

https://www.glassbox.com/customer-journey-data-capture/



https://www.glassbox.com/customer-journey-data-capture/



## Out-of-the-box data capture

Unlike other digital tools, our patented data collection technology means there's no need to tag in order to capture digital journey data.

Through a simple JavaScript or SDK entry, you can capture every part of every session—even the technical events going on behind the scenes.

We can also help you customize your configuration to fit your specific needs, all of which means you have more time and insights to perfect your digital journeys.

https://www.glassbox.com/customer-journey-data-capture/

Session replay is the black box of your website and app, capturing every click, tap, scroll and swipe. Glassbox automatically captures all activity alongside events on IT systems, enabling you to use session replay to identify technical issues without having to recreate the experience.

https://www.glassbox.com/session-replays/



The Glassbox Augmented Journey Map automatically tracks, maps and analyzes all digital journeys in real time with no need for prior tagging. Patented data-collection technologies automatically capture every part of every web or mobile session—even the technical events going on behind the scenes.

Plus, we'll help you customize your configuration or pull in tags from other systems like Google Tag Manager to capitalize on previous tagging efforts and sync your data. And with all that time saved, you can use the insights to improve your digital experience and move the needle for your business.

https://www.glassbox.com/journey-mapping/

you can see every action taken on the journey across your site or app, and even get a "struggle score" to help you assess how much difficulty a user had before giving up. Glassbox's Augmented Journey Map™ even tracks things like rage clicks to help you understand just how frustrated customers get when they encounter errors.

https://www.glassbox.com/blog/learn-more-about-every-digital-journey-with-augmented-journey-map/

| | |
|---|---|
| forming an event package based at least in part on the user frustration event and the device event that includes information indicating a level, a type of user frustration, and | The accused instrumentality practices a method of forming an event package (e.g., session event report) based at least in part on the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) and the device event (e.g., detecting and capturing sessions related to rage clicks) that includes information indicating a level (session replay videos, journey maps, etc. for rage clicks), a type of user frustration, and information related to routing (e.g., IP address of the server of the accused instrumentality) the event package (e.g., session event report) through a network (e.g., Internet).<br><br>As shown below, when user clicks repeatedly on a particular element or certain area of app or website, rage click is occurred which is detected/identified by accused instrumentality. The accused instrumentality auto-captures the session events of rage clicks in the form of session replay videos, journey maps, etc. and generates a real-time session event report which is linked with voice of customer feedback and further transmitted to the teams of organizations using the accused instrumentality to analyze and resolve the issues and improve their services. |

| information related to routing the event package through a network; and | **100% tagless data capture**<br><br>Never waste time tagging again<br><br>• Patented data collection technology means there's no need to tag to capture every part of every session.<br><br>• Capture and replay all journeys on all platforms—web, hybrid or native mobile apps.<br><br>• See every click, tap, scroll, zoom, tilt and swipe, alongside behind-the-scenes technical events.<br><br>https://www.glassbox.com/customer-journey-data-capture/ | |

# Session replay

## Record and replay every web and mobile app session

- See your digital channels as your customers do—with video-like session replay.

- Cut tedious error reproductions immediate access to session replays alongside server performance data.

https://www.glassbox.com/customer-journey-data-capture/



https://www.glassbox.com/customer-journey-data-capture/



## Out-of-the-box data capture

Unlike other digital tools, our patented data collection technology means there's no need to tag in order to capture digital journey data.

Through a simple JavaScript or SDK entry, you can capture every part of every session—even the technical events going on behind the scenes.

We can also help you customize your configuration to fit your specific needs, all of which means you have more time and insights to perfect your digital journeys.

https://www.glassbox.com/customer-journey-data-capture/

**Session replay** is the black box of your website and app, capturing every click, tap, scroll and swipe. Glassbox automatically captures all activity alongside events on IT systems, enabling you to use session replay to identify technical issues without having to recreate the experience.

https://www.glassbox.com/session-replays/



The Glassbox Augmented Journey Map automatically tracks, maps and analyzes all digital journeys in real time with no need for prior tagging. Patented data-collection technologies automatically capture every part of every web or mobile session—even the technical events going on behind the scenes.

Plus, we'll help you customize your configuration or pull in tags from other systems like Google Tag Manager to capitalize on previous tagging efforts and sync your data. And with all that time saved, you can use the insights to improve your digital experience and move the needle for your business.

https://www.glassbox.com/journey-mapping/

you can see every action taken on the journey across your site or app, and even get a "struggle score" to help you assess how much difficulty a user had before giving up. Glassbox's Augmented Journey Map™ even tracks things like rage clicks to help you understand just how frustrated customers get when they encounter errors.

https://www.glassbox.com/blog/learn-more-about-every-digital-journey-with-augmented-journey-map/





https://www.glassbox.com/session-replays/

- Get 360-degree session capture with a video-like replay of customer behavior plus server-side event recording.

- Session replays show every user action alongside technical events like API calls, AJAX requests and more.

https://www.glassbox.com/session-replays/

| transmitting the event package. | The accused instrumentality practices transmitting the event package (e.g., transmitting session event report linked with feedback to the teams of organization using the accused instrumentality). |
|---|---|

As shown below, when user clicks repeatedly on a particular element or certain area of app or website, rage click is occurred which is detected/identified by accused instrumentality. The accused instrumentality auto-captures the session events of rage clicks in the form of session replay videos, journey maps, etc. and generates a real-time session event report which is linked with voice of customer feedback and further transmitted to the teams of organizations using the accused instrumentality to analyze and resolve the issues and improve their services.

What's more, with Glassbox's session replay technology, you go from having a macro view of web traffic to the micro view — zooming in on any single customer, and seeing every step they took as they navigated your website or app. You don't simply receive a report of what actions were taken, but you can watch with your own eyes to see mouse movement, scrolling, zooming in, swipes, and other actions — even rage clicks. This can be especially useful when trying to identify errors or other problems on your site, as you can see exactly what the customer experienced, in order to pinpoint specific problems and analyze the root cause of any issues.

https://www.glassbox.com/blog/how-glassboxs-web-analytics-improve-adobe-analytics-and-adobe-target/





experience analytics?

RUM is often part of an application performance monitoring (APM) solution, but Glassbox goes further to bring you session replay and advanced experience analytics for maximum speed and impact.

- Get real-time alerts to performance issues.
- Use session replay to quickly investigate real user experiences.
- Prioritize efforts based on business impact, such as revenue or abandonment.
- Increase your team's productivity by finding and fixing issues faster.

https://www.glassbox.com/real-user-monitoring/



https://www.glassbox.com/voice-of-customer/



https://www.glassbox.com/voice-of-customer/



### Experience driven VoC

Passively allowing customers to provide feedback themselves, or prompting them for feedback by page, segment or at the end of a process doesn't always result in a lot of useful feedback. This is particularly true if the experience was so tiring that the user has no patience for it. With Glassbox VoC, you are able to target your users for feedback based on their experience and struggles in real time, and engage them when and where they need it the most. This encourages more feedback, more *relevant* feedback and – most importantly – shows your customers you care.

https://www.glassbox.com/voice-of-customer/

Glassbox empowers organizations to create frictionless digital journeys for their customers. Our digital experience analytics platform works in real time, across mobile apps and websites, to accelerate loyalty and growth. Through AI-driven visualization and analytics tools, Glassbox helps teams to prioritize customer experience and digital product enhancements from a single collaborative system. Teams from across the organization, from IT and product management to marketing and compliance, can understand user struggles, visualize the customer journey and optimize every step. Hundreds of enterprises across multiple industries choose Glassbox for easy, secure and private cloud-based deployments.

https://www.g2.com/products/glassbox/reviews